MINUTE ENTRY  PROCEEDINGS: MOTION TO STRIKE PORTION OF DEFT's REPLY BRIEF; MOTION FOR LEAVE TO FILE AND MOTION FOR SUMMARY JUDGMENT

Plaintiff was represented in Court by Attorney Joe Hill.  Defendants were represented by Attorney David Sosebee.

Attorney Hill argued the motion for leave to file. Attorney Sosebee argued on behalf of the Defendants.  Court took matter under advisement and stated that a written order would be forthcoming.

Attorney Sosebee argued the motion to strike portion of defendant's reply brief and for summary judgment.  Attorney Hill argued on behalf of the Plaintiff.

After hearing all argument, Court took all the matters under advisement and stated that a written memorandum would be forthcoming.

Court ordered that both parties report to the Court, this coming Friday, November 2, 2001 by 11:00 a.m. whether DOLI will issue a work permit for settlement in this case, and whether the Plaintiff will also accept this settlement.

;    [KLL EOD 10/31/2001]