MINUTE ENTRY   PROCEEDINGS: SETTLEMENT AGREEMENT HEARING

Plaintiff was represented in Court by Attorney Joe Hill.  Defendants were represented by Attorney James Livingstone and Joe Bermudes.

Settlement terms and agreements were reviewed and discussed among all parties in detail.

Settlement terms were stated by the Court and agreed upon by all parties.

Further, it was ordered that Cross-Motions were to be filed by October 18, 2002 by 3:30 p.m.; Oppositions to be filed by November 8, 2002 by 3:30 p.m. and Replies to be filed by November 22, 2002 by 3:30 p.m.

Motion to exceed page limit on was granted; but up to fifty pages only for motion; 35 pages on opposition and 20 pages for reply.

Attorney Livingstone stated that they would have the agreement document to Attorney Hill by October 9, 2002.  If the agreement is not signed by October 18, 2002 the matter shall be brought back to the Court for resolution.

Court ordered that the trial in this matter be taken off-calendar.

;   [KLL EOD 10/03/2002]